**FILED**

JUL 20 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROJELIO BRIONES,<br><br>        Petitioner,<br><br>            v<br><br>WARDEN D K SISTO, Warden<br><br>        Respondent | Case No 1-08-cv-0730 VRW<br><br>ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY |

The court denied the petition for a writ of habeas corpus in the above-captioned matter and issued judgment in favor of respondent. Petitioner has filed a "notice of appeal," which the court construes as an application for a certificate of appealability.

"[A]n appeal may not be taken to the court of appeals from" the denial of a habeas petition unless a certificate of appealability is issued. 28 USC § 2253(c)(1) (2009). A certificate of appealability may be issued "only if the applicant has made a substantial showing of the denial of a constitutional right," id § 2253(c)(2); the certificate "shall indicate which specific issue or issues satisfy [this] showing," id § 2254(c)(3).

1  For the reasons stated in the court's prior order
2  denying the petition, Petitioner has not made any showing of the
3  denial of a constitutional right, much less the substantial
4  showing required for the issuance of a certificate of
5  appealability. Accordingly, and good cause appearing therefor,
6  Petitioner's application for a certificate of appealability is
7  denied.

9  IT IS SO ORDERED.

```
                              Vaughn R Walker
                              United States District Chief Judge
```